**ORDERED.**

TIFFANY & BOSCO P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22232/20-0051-0283300

Dated: October 13, 2009

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Rodney K. Rector and Cheryl K. Rector<br>　　　　Debtors.<br>_____<br>CitiFinancial, Inc.<br>　　　　Movant,<br>　　vs.<br>Rodney K. Rector and Cheryl K. Rector, Debtors,<br>Stanley J. Kartchner, Trustee.<br>　　　　Respondents. | No. 4:09-bk-19006-EWH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #7) |

　　　　Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

　　　　IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is, further described as:

> LOT NUMBERED FIVE (5) IN BLOCK NUMBERED EIGHT (8) RIO RANCHO ESTATES UNIT 7, AS THE SAME IS SHOWN AND DESIGNATED ON THE PLAT ENTITLED, SW PORTION OF UNIT SEVEN, RIO RANCHO ESTATES, TOWN OF ALAMEDA GRANT, SANDOVAL COUNTY NEW MBXICO, ON DECEMBER 11, 1962 IN RIO RANCHO ESTATES PLAT BOOK NUMBER 1, PAGE 38

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT